CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 15, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **RAYSHAWN DEONTAE ROBINSON,** | |
| Plaintiff, | Case No. 7:25CV00338 |
| v. | **OPINION** |
| **KELLIE BREEDING, ET AL.,** | JUDGE JAMES P. JONES |
| Defendants. | |

*Rayshawn Deontae Robinson., Pro Se Plaintiff.*

The plaintiff, an unrepresented Virginia inmate, has filed a civil rights action under 42 U.S.C. § 1983, alleging that the defendants have erroneously calculated scores related to his annual review. Upon review of the complaint, I find that the lawsuit must be summarily dismissed without prejudice.

Specifically, Robinson complains that the defendants failed to credit him with forty points for completing the Thinking for a Change program and did not give him appropriate points for remaining infraction free and holding employment while attending classes. As relief, Robinson seeks monetary compensation and correction of the annual review findings.

The court is required to dismiss any action or claim filed by a prisoner against a governmental entity or officer if the court determines the action or claim is

frivolous, malicious, or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915A(b)(1). A frivolous claim is one that "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325, 325 (1989). (interpreting frivolous in former version of 28 U.S.C. § 1915(d)). Section 1983 permits an aggrieved party to file a civil action against a person for actions taken under color of state law that violated his constitutional rights. *Cooper v. Sheehan*, 735 F.3d 153, 158 (4th Cir. 2013). At most, Robinson contends that the defendants have not complied with classification procedures under state law or regulations of the Virginia Department of Corrections. State officials' failure to abide by state procedural regulations is not a federal constitutional issue, and is, therefore, not actionable under § 1983. *Canada v. Clarke*, No. 7:15CV00065, 2016 WL 5416630, at *9 (W.D. Va. Sept. 27, 2016). Because Robinson has not stated facts showing how the defendants violated his constitutional rights, I will summarily dismiss his claims without prejudice under § 1915A(b)(1) as frivolous.

    A separate Final Order will be entered herewith.

                                  DATED: September 15, 2025

                                  /s/ JAMES P. JONES
                                  Senior United States District Judge